517 S.E.2d 444

**In the Matter of Margaret C. TRIBERT, Respondent.**

Supreme Court of South Carolina.

July 9, 1999.

## ORDER

Respondent has pled guilty to first offense driving under the influence and has been charged with possession of cocaine. The Office of Disciplinary Counsel has filed a petition asking this Court to place respondent on interim suspension pursuant to Rule 17, RLDE, Rule 413, SCACR.

---

402

IT IS ORDERED that the petition is granted and respondent's license to practice law in this State is suspended until further order of the Court.

/s/ Ernest A. Finney, Jr., C.J.
FOR THE COURT